IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SEDARIOUS LAWRENCE, | |
| Movant, | |
| | MOTION TO VACATE |
| | 28 U.S.C. § 2255 |
| v. | CRIMINAL ACTION NO. |
| | 1:19-CR-00448-LMM-CCB-1 |
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. |
| | 1:21-CV-00719-LMM-CCB |
| Respondent. | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [51]. No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Movant's Motion to Withdraw 28 U.S.C. § 2255 motion [48] is **GRANTED**, Movant's Motion to Vacate [42] is **DISMISSED without prejudice**, and a certificate of appealability is **DENIED**.

**IT IS SO ORDERED** this <u>2nd</u> day of September, 2021.

                                                            _____
                                                            **Leigh Martin May**
                                                            **United States District Judge**